**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 291 MAL 2018

               Respondent           :

                                   :    Petition for Allowance of Appeal from
                                   :    the Order of the Superior Court

               v.                       :

                                   :

RASHEEM D. DOWDY,                    :

                                   :

               Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 25th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.